UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE CERVANTES,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRAUENHIEM,<br><br>　　　　　　　　Respondent. | Case No. LACV 18-9080-JAK (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

　　Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

　　Accordingly, IT IS ORDERED THAT:

　　1.　The Report and Recommendation is approved and accepted;

　　2.　Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

1        3.     The Clerk serve copies of this Order on the parties.

DATED: February 8, 2021

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE