**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE CERVANTES, | Case No. LACV 18-9080-JAK (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SCOTT FRAUENHIEM, | |
| Respondent. | |

   Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 8, 2021  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE